☒ FILED   ☐ LODGED

**Apr 05 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | No. CR-17-01101-001-PHX-SPL |
| Plaintiff, | **ORDER TERMINATING SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE** |
| v. | |
| Pablo Cesar Flores Vargas | |
| Defendant. | |

On Monday, November 27, 2017, the above named was placed on supervised release for a period of sixty months. Pablo Cesar Flores Vargas has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Pablo Cesar Flores Vargas be discharged from supervision.

Respectfully submitted,

*/s/ Mauricio Gomez*
Mauricio Gomez
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that Pablo Cesar Flores Vargas be discharged from supervision and that the proceedings in the case be terminated.

*/s/ Steven P. Logan*                    4/5/2023
Honorable Steven P. Logan                Date
U.S. District Judge